IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30219
Conference Calendar

_____

RODNEY C. CURRY,

Plaintiff-Appellant,

versus

A.J. THIBODEAUX, Warden, Avoyelles Parish Jail;
D LEMOINE, LPN, Supervisor Avoyelles Parish Jail,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 94-CV-1427
- - - - - - - - - -
February 10, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Rodney C. Curry, Louisiana inmate #180222, appeals summary judgment for the defendants in his civil rights suit. We have independently reviewed the arguments and the appellate record. For essentially the same reasons as explained by the district court, see Curry v. Thibodeaux, No. 94-1427 (W.D. La. Feb. 4, 1997), we conclude that the district court did not err in its judgment.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.